UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NATASHA MAYUMI MARTIN,<br><br>            Defendant. | No. CR-13-053-JLQ-3<br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND |

Before the court is Defendant's Motion to Amend the Order Setting Conditions of Release. The United States does not oppose the modification.

**IT IS ORDERED** Defendant's unopposed Motion to Amend, **ECF No. 70,** is **GRANTED.**

Defendant's conditions of release are modified to the extent that Defendant shall be restricted to her residence **every day from 1:00 a.m. to 7:00 a.m.,** or as directed by the Pretrial Services Office for employment purposes and for visitation by the Defendant of her daughter, to take place at the home of the Defendant's mother.

All other terms and conditions of the Order Setting Release Conditions, ECF No. 53, shall remain in effect.

DATED April 25, 2013.

                    S/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE

ORDER - 1