UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br>   vs. <br> NATASHA MAYUMI MARTIN, <br>    Defendant. | NO. CR-13-0053-JLQ-3 <br><br> ORDER MODIFYING CONDITIONS OF RELEASE |

    BEFORE THE COURT without oral argument is the Defendant's Motion to Amend Order Setting Conditions of Release (ECF No. 106). The Motion requests permission for the Defendant to travel out of state to Portland, Oregon with her family commencing August 18, 2013 and returning on August 20, 2013. The Motion represents that the Defendant has been fully compliant with the conditions of her release and that the supervising U.S. Probation Officer and Assistant United States Attorney Baunsgard have no objection to the request.

    Accordingly, **IT IS HEREBY ORDERED:** Defendant's Motion to Amend Order Setting Conditions of Release (ECF No. 106) is **GRANTED** and the Defendant may travel to Portland, Oregon on August 18, 2013 and shall return to the Eastern District of Washington on August 20, 2013. Within 24-hours of her return, the Defendant shall notify her Probation Officer of her return.

    The Clerk of this court shall enter this Order, forward copies to counsel, and to U.S. Probation.

    **DATED** this 8th day of August, 2013.

                                s/ Justin L. Quackenbush
                                JUSTIN L. QUACKENBUSH
                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1