AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Natasha Mayumi Martin | ) | Case No: 2:13-cr-00053-JLQ-3 |
| | ) | USM No: 14286-085 |
| Date of Original Judgment: 10/07/2013 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Andrea K. George |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED in part and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __50__ months is reduced to __41 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __10/07/2013__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __12/22/2015__    _____
                                *Judge's signature*

Effective Date: _____   The Honorable Justin L. Quackenbush   Senior Judge, U.S. District Court
    *(if different from order date)*                    *Printed name and title*